UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD G. RULAND,                       :         Case No. 16-18504 REF
                                                :
              Debtor                            :

CONTRIBUTION TO EDWARD G. RULAND

1. I am Kathy DelSerro.

2. I am the daughter of Edward G. Ruland.

3. I contribute the sum of $1,100.00 monthly to the support of my father.

DATED: 10/11/2017

_____
Kathy DelSerro