# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward G. Ruland<br>      Debtor<br><br>Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee for EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A<br>      Movant<br>  vs.<br><br>Edward G. Ruland<br>      Respondent | CHAPTER 13<br><br><br><br>NO. 16-18504 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee for EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A, which was filed with the Court on or about January 12, 2017 (Document No. 8).

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            Denise E. Carlon, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322
            Attorneys for Movant

February 7, 2018