UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: EDWARD RULAND<br>Debtor | BANKRUPTCY CASE<br>NO.: 16-18504<br>CHAPTER 13 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

CadlerRock Joint Venture, L.P. has filed a Motion for Relief from the Automatic Stay with the court seeking to lift the automatic Stay to allow it to foreclose on property located at 4155 Easton Avenue, Bethlehem, PA.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **<u>August 29, 2018</u>** you or your attorney must do <u>all</u> of the following:

   (a)   file an answer explaining your position at: Clerk's Office, U.S. Bankruptcy Court for the Eastern District of Pennsylvania, 400 Washington Street, Reading, PA 19601.

   If you mail your answer to the bankruptcy court's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movant's attorney

   Peter E. Meltzer, Esquire
   **Weber Gallagher**
   2000 Market Street, 13th Floor
   Philadelphia, PA 19103
   Phone No.: 267-295-3363
   Fax No.: 215-564-7699

   If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2.   A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling at **<u>9:30 a.m. on September 6, 2018 in Courtroom No. 1</u>**, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

1

3.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorney named in paragraph 1(b).

4.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  August 8, 2018