# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                          |                              |
|------------------------------------------|------------------------------|
| In re: EDWARD RULAND                     | BANKRUPTCY CASE              |
|       Debtor | NO.: 16-18504                |
|                                          | CHAPTER 13                   |

## CERTIFICATION OF NO RESPONSE and
## REQUEST FOR ENTRY OF STAY RELIEF ORDER

I, Peter E. Meltzer, counsel for CadlerRock Joint Venture, L.P., hereby certify that:

1. On August 8, 2018, I caused to be served on the Debtor, Debtor's counsel and the Trustee the Motion of Movant for Stay Relief in the above matter, a proposed form of Order and the Notice of Response Deadline and Hearing Date. I filed a Certificate of Service with the Court on the same date indicating service of the above documents on the above individuals.

2. Under the Notice of Motion, a response was due on or before August 29, 2018.

3. A hearing on Movant's Motion is scheduled for September 6, 2018.

4. No response was filed by the Debtor to the Motion as of the date hereof.

5. Based on the foregoing, it is hereby respectfully requested that Movant's Motion for Relief from Stay be granted.

                                              **WEBER GALLAGHER SIMPSON**
                                              **STAPLETON FIRES & NEWBY, LLP**

Dated: September 5, 2018                   /s/    PETER E. MELTZER
                                                    Peter E. Meltzer, Esquire
                                                    2000 Market Street, 13th Floor
                                                    Philadelphia, PA 19103
                                                    267-295-3363
                                                    Attorneys for Movant