# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: EDWARD RULAND<br>　　　　　　　　Debtor | BANKRUPTCY CASE<br>NO.: 16-18504<br>CHAPTER 13 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of CadleRock Joint Venture, L.P.("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(l), it is hereby

ORDERED that, pursuant to Section 362(d)(l) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to exercise its rights pursuant to its loan documents on the property owned by Debtors located at 4155 Easton Avenue, Bethlehem, PA.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

**Date: September 19, 2018**

_____
　　　　　　　　　　　　　　　　　.J.