United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18504-ref
Edward G Ruland                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Sep 19, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +Edward G Ruland,    4155 Easton Avenue,    Bethlehem, PA 18020-1484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: gocadle@cadleco.com Sep 20 2018 02:29:27      CadleRock Joint Venture, L.P.,
                 100 North Center Street,   Newton Falls, OH 44444-1321
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HARRY J. NEWMAN    on behalf of Debtor Edward G Ruland lawyer@hjnlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL A. SANTANASTO    on behalf of Debtor Edward G Ruland mike@santanastolaw.com
              PETER E. MELTZER    on behalf of Creditor    CadleRock Joint Venture, L.P. bankruptcy@wglaw.com,
               mrivera@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the EMC
               Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: EDWARD RULAND     BANKRUPTCY CASE
              Debtor     NO.: 16-18504
                                 CHAPTER 13

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, upon consideration of the Motion of CadleRock Joint Venture, L.P.("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(l), it is hereby

ORDERED that, pursuant to Section 362(d)(l) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to exercise its rights pursuant to its loan documents on the property owned by Debtors located at 4155 Easton Avenue, Bethlehem, PA.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

**Date: September 19, 2018**

_____
.J.