UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

EDWARD G RULAND

                                                  : Bankruptcy No. 16-18504REF
Debtor(s)                   : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: March 21, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

HARRY J NEWMAN ESQ, OF COUNSEL
C/O SANTANASTO LAW
210 EAST BROAD STREET
BETHLEHEM PA 18018-

EDWARD G RULAND
4155 EASTON AVENUE
BETHLEHEM, PA 18020