United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18504-ref
Edward G Ruland                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa            Page 1 of 1            Date Rcvd: Mar 21, 2019
                       Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db            +Edward G Ruland,    4155 Easton Avenue,    Bethlehem, PA 18020-1484
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13834214      +Cadelrock Joint venture, LP,    Attn: CC190-411,    100 N. Center,    Newton Falls, OH 44444-1321
13834215      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13839558      +JP Morgan Chase Bank, NA,    Denise Carlos, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: gocadle@cadleco.com Mar 22 2019 03:01:52      CadleRock Joint Venture, L.P.,
                 100 North Center Street,    Newton Falls, OH 44444-1321
13834212      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 22 2019 03:02:11
                 Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
13929892       E-mail/Text: jennifer.chacon@spservicing.com Mar 22 2019 03:02:10
                 Wells Fargo Bank, N.A., as Trustee for the EMC Mor,    C/O Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13834213*     +Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HARRY J. NEWMAN    on behalf of Debtor Edward G Ruland lawyer@hjnlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL A. SANTANASTO    on behalf of Debtor Edward G Ruland mike@santanastolaw.com
              PETER E. MELTZER    on behalf of Creditor    CadleRock Joint Venture, L.P. bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the EMC
               Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

EDWARD G RULAND

                                                      : Bankruptcy No. 16-18504REF
        Debtor(s)                                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

**Date: March 21, 2019**

                                                               BY THE COURT

                                                               Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

HARRY J NEWMAN ESQ, OF COUNSEL
C/O SANTANASTO LAW
210 EAST BROAD STREET
BETHLEHEM PA 18018-

EDWARD G RULAND
4155 EASTON AVENUE
BETHLEHEM, PA 18020